UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                           :
          Plaintiff,       :     **ORDER OF DISMISSAL**
                           :     **FOR FAILURE TO PROSECUTE**
     -against-             :     01-CV-8482 (DLI)
                           :
REAL PROPERTY AND PREMISES :
LOCATED AT 20 WEST STREET, :
MIDDLE ISLAND, NEW YORK 11953, :
et. al.,                   :
                           :
          Defendants.      :
--------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

     On March 22, 2005, this court issued a Notice of Impending Dismissal informing the parties that no action had been taken in this case since February 19, 2003, and notifying the parties that the court would dismiss this case in 21 days unless the parties provided the court with an explanation for the inaction.

     It appearing that no explanation has since been provided, it is hereby

     ORDERED that the action is DISMISSED for failure to prosecute and the Clerk of this court is directed to close the file maintained in this matter.

     ORDERED that service of a copy of this Order shall be made by the Clerk of this court by forwarding a copy hereof to all parties.


DATED:    Brooklyn, New York
              July 28, 2005

                                                   _____/s/_____
                                                         DORA L. IRIZARRY
                                                      United States District Judge