UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

REAL PROPERTY AND PREMISES
LOCATED AT 20 WEST STREET,
MIDDLE ISLAND, NEW YORK 11953,
et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 8482 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 28, 2005, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the case for failure to prosecute.

Dated: Brooklyn, New York
       July 28, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court